**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Andrea Gabriel, Personal Representative of the Estate
of Anthony Gabriel

Plaintiff,

v.                                                                                    Case No.:
                                                                                      1:24–cv–06267

                                                                                      Honorable
                                                                                      LaShonda A. Hunt

BASF Corporation, et al.

Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the
Memorandum Opinion and Order entered on December 3, 2024, in case number 24 cv
7261 In re: Ethylene Oxide Coordinated Pretrial Proceedings, this matter is remanded
forthwith to the Circuit Court of Cook County. This case is closed, and all pending
motions are terminated as moot. Entered by Judge Jorge Alonso.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.